**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| DANIEL S. BOWERMAN,  D.C. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-3345 |
| NATIONAL LIFE INSURANCE | : | |
| COMPANY, | : | |
| Defendant. | : | |


**ORDER**

**AND NOW**, this *16ᵗʰ* day of *December*, 2014, upon consideration of Plaintiff Daniel S.

Bowerman, D.C.'s Motion for Summary Judgment (Docket No. 21); Defendant National Life

Insurance Company's Response in Opposition thereto (Docket No. 25); Defendant's Motion for

Summary Judgment (Docket No. 20); Plaintiff's Response in Opposition (Docket No. 24);

Defendant's Reply (Docket No. 27); and Plaintiff's Response in Opposition to Defendant's

Reply (Docket No. 30), it is hereby **ORDERED** that:


1. Plaintiff's Motion for Summary Judgment is **DENIED** in its entirety;

2. Defendant's Motion for Summary Judgment is **GRANTED**;

3. No attorney's fees are awarded;

4. **JUDGMENT IS ENTERED** for National Life Insurance Company against Daniel S.
   Bowerman, D.C., on the entirety of the Complaint.  **THIS CASE IS CLOSED**.

   It is so **ORDERED**.


                              BY THE COURT:



                              *s/ Ronald L. Buckwalter*_____
                              RONALD L. BUCKWALTER, S.J.